PER CURIAM.

Timmy Terron seeks to appeal the district court's order denying reconsideration of the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Terron v. Kupec*, No. CA–01–2155–AMD (D. Md. July 30, 2001 & Jan. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

PER CURIAM.

Vincent Eugene Lineberger filed this petition for writ of mandamus seeking to have this court direct the district court to act on three motions pending in his 28 U.S.C. § 2255 (2000) action. The district court entered an order in the § 2255 proceeding on April 26, 2002. Because the district court has acted within six months of the filing of the petition, we find no unreasonable delay. Accordingly, although we grant Lineberger's motion for leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re Vincent Eugene LINEBERGER, Petitioner.**

No. 02–6963.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 13, 2002.

Decided Oct. 16, 2002.

Vincent Eugene Lineberger, Petitioner Pro Se.

Before WILLIAMS, MICHAEL and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Albert H. DOLES, Jr., Defendant–Appellant.**

No. 02–7021.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 24, 2002.

Decided Oct. 16, 2002.

Albert H. Doles, Jr., Appellant Pro Se. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.